NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FITBIT LLC,**
*Appellant*

**v.**

**KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA, LLC,**
*Appellees*

---

2022-2263

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00494.

---

**JUDGMENT**

---

STEPHEN BLAKE KINNAIRD, Paul Hastings LLP, Washington, DC, argued for appellant. Also represented by ALEXA LOWMAN, NAVEEN MODI, JOSEPH PALYS, DANIEL ZEILBERGER.

SEAN M. MCCARTHY, Venable LLP, New York, NY, argued for appellees. Also represented by JUSTIN J. OLIVER, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, LINN, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2024
Date

Jarrett B. Perlow
Clerk of Court